IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO: 3:04CV606

| | |
|---|---|
| BP PRODUCTS NORTH AMERICA, INC., )<br>    Plaintiff                                  )<br>                                            )<br>vs.                                                 )<br>                                            )<br>LANEY OIL COMPANY, INC., and   )<br>J. W. LANEY, III,                         )<br>    Defendants.                        )<br>                                            ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Motion by Plaintiff to Extend Deadline to Complete Mediation" (Document No. 13), filed January 14, 2006 by B. P. Products North America, Inc. For good cause shown, this Court will grant the Motion.

**IT IS, THEREFORE, ORDERED** that the "Motion by Plaintiff to Extend Deadline to Complete Mediation" (Document No. 13) is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that the Pretrial Order, filed on April 26, 2005, is hereby amended as follows:

Mediation shall be completed with the filing of a report with the results on or before February 14, 2006.

**Signed: January 17, 2006**

_____
David C. Keesler
United States Magistrate Judge