# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| BP Products North America, Inc. ) | Civil Action No. 3:04-CV-606 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| Laney Oil Company, Inc. and J.W. Laney, III ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER IS BEFORE THE COURT** on the motion of Kevin J. Heiser of Nelson Mullins Riley & Scarborough, L.L.P., attorneys for Plaintiff B.P. Products North America, Inc., for the appointment of Elizabeth M. McMillan, Esquire, for special admission to practice before this court in the above-captioned action as attorney for Plaintiff BP Products North America, Inc. Having reviewed the motion, the Court finds that Elizabeth M. McMillan is qualified to practice before this Court.

**IT IS, THEREFORE, ORDERED** that Elizabeth M. McMillan, Esquire, is hereby admitted to practice before this court and to represent BP Products North America, Inc. in the above-captioned action. If she has not already done so, Ms. McMillan should forward the appropriate fee to the Clerk of Court.

Signed: February 15, 2006

David C. Keesler
United States Magistrate Judge